IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, TODD ADAM KENTON,

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| TODD ADAM KENTON, | ) Case No.: CV 16-1159 AFM |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER |
| | ) AWARDING EAJA FEES |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND TWO HUNDRED DOLLARS ($4,200.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 12/8/2016

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE